IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **VIJAYSINH RAMANJI CHAUHAN,** § | | |
| Petitioner, § | | |
| § | | |
| v. § | EP-25-CV-00574-DB | |
| § | | |
| **KRISTI NOEM,** *Secretary of Homeland* § | | |
| *Security, U.S. Department of Homeland* § | | |
| *Security, et al.,* § | | |
| **Respondents.** § | | |

## ORDER

On this day, the Court considered the above-captioned case. On November 24, 2025, Petitioner Vijaysinh Ramanji Chauha filed a "Petition for Writ of Habeas Corpus," ECF No. 1. On December 8, 2026, the Court issued its "Order," ECF No. 8, wherein following orders issued:

> **IT IS HEREBY ORDERED** the Petitioner Vijaysinh Ramanji Chauhan's "Petition for Writ of Habeas Corpus," ECF No. 1, is **GRANTED IN PART**.
> **IT IS FURTHER ORDERED** Respondents **SHALL PROVIDE** Petitioner with a bond hearing before an immigration judge **no later than December 15, 2025** at which the government shall bear the burden of justifying, by clear and convincing evidence, the dangerousness or flight risk for Petitioner's continued detention; or (2) release Petitioner from custody, under reasonable conditions of supervision, during the pendency of his removal proceedings.
> **IT IS FURTHER ORDERED** Respondents **SHALL FILE** an advisory informing the Court when the bond hearing will be held in accordance with the preceding order **no later than December 11, 2025**.
> **IT IS FINALLY ORDERED** Respondents **SHALL FILE** an advisory informing the Court, in detail, of the reasons for the IJ's bond hearing decision **no later than December 19, 2025.**

ECF No. 8 at 11. On December 10, 2025, Respondents filed "Respondent's Status Report," ECF No. 10, stating that "a bond hearing was held before an immigration judge on December 17, 2025.

The immigration judge granted the custody redetermination and ordered Petitioner be released from custody under bond of $5,000.00. Petitioner posted bond and was released from custody on December 18, 2025." *Id.* at 1 (internal citations omitted).

Accordingly, **IT IS HEREBY ORDERED** the parties **SHALL CONFER AND FILE** a notice informing the Court whether any matters remain to be resolved in this case by <u>**no later than January 22, 2026.**</u>

**SIGNED** this **13th** day of **January 2026**.

_____
**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**